**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMARIAH GRISHAM,<br><br>　　　　Defendant. | Case No. 07-04078M-001-PCT-MEA<br><br>TEMPORARY DETENTION ORDER<br>FOR INTAKE ASSESSMENT |

　　　Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a detention hearing was held. Upon recommendation of Pretrial Services, the defendant is ordered detained pending an intake assessment for placement at a half-way house in Phoenix, Arizona. Should defendant qualify for such placement, defendant shall be released upon conditions set by the criminal duty Judge in Phoenix, including pretrial residency at said halfway house, as conditions do exist which would reasonably assure the safety of others and the appearance of the defendant. Should defendant not so qualify, defendant shall be detained pending trial as there are no conditions or combination of conditions which would reasonably assure the safety of others or the appearance of the defendant.

　　　The Pretrial Services Officer is ordered to contact and notify in writing the criminal duty Judge in Phoenix of the defendant's intake assessment results and provide a copy to this court.

　　　DATED this 26th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　　_Mark E. Aspey_
　　　　　　　　　　　　　　　　　　　　　Mark E. Aspey
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge